CLERK'S OFFICE
A TRUE COPY
Nov 03, 2023
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* Multiple electronic devices further identified in Attachment A | Case No. 23 MJ 174 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the **Eastern** District of **Wisconsin**
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before **1/17/2023** *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to **Hon. William E. Duffin**.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **11/3/2023 at 12:30 PM**        *William E. Duffin*
                                                      *Judge's signature*

City and state: **Milwaukee, WI**                     Hon. William E. Duffin, U.S. Magistrate Judge
                                                      *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>23 MJ 174 | Date and time warrant executed:<br>11/06/2023 1533 hrs | Copy of warrant and inventory left with:<br>Not Applicable |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

Electronically stored information located on Items described in attachment A.

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/6/2023

*B. Busler*

*Executing officer's signature*

Brad Busler Task Force Officer FBI Milwaukee

*Printed name and title*

# ATTACHMENT A

1. The Property to be searched is as follows:

   - One ASUS laptop (BPD SN 96671)
   - One MSI laptop, Model Number MS-1781 (BPD 96672)
   - Four USB Flash Drives (BPD SN 96664)
   - Eight USB Flash Drives (BPD SN 96666)
   - Two USB Flash Drives (BPD SN 96670)
   - Five SD Cards (BPD SN 96667)
   - One Micro Disk (Marked by BPD as Dashcam Memory Card) (BPD SN 96735)
   - One Micro Disk (Marked by BPD as Go Pro Memory Card) (BPD SN 96736)
   - One SD card (Marked by BPD as Digital Camera Memory Card (BPD SN 96737)
   - One Seagate portable drive (BPD SN 96669)
   - One Seagate portable drive (BPD SN 96663)
   - One Toshiba external hard drive (BPD SN 96663)
   - One WD My Passport external hard drive (BPD SN 96663)
   - One iomega external hard drive (BPD SN 96668)
   - Nine Memorex DVDs and one Sony DVD (BPD SN 96665)
   - One Body Worn Camera (BPD SN 96739)
   - One Evida Digital Voice Recorder, Model V618 (BPD SN 96740)
   - One USB drive containing the extraction of Olson's iPhone

The Devices are currently located at the FBI Milwaukee Field Office. This warrant authorizes the forensic examination of the Devices for the purpose of identifying the electronically stored information described in Attachment B.

# ATTACHMENT B

1. All records on each Device described in Attachment A that relates to violations of Title 18, U.S.C. § 1389(a) (attacks on United States Servicemen on account of service), Title 18, U.S.C. § 922(g) (possession of a firearm and/or ammunition by a prohibited person), Title 18, U.S.C. § 842(i) (possession of explosives by a prohibited person), and/or Title 18, United States Code, Section 2261A (cyberstalking), and involves Ian Alan Olson since November 18, 2021, including:

   a. Records and information relating to firearms, ammunition, explosives, destructive devices, and/or any potential parts of components thereof;

   b. Records and information relating to U.S. military installations or personnel;

   c. Records and information relating to communications, including the use of electronic communication services or systems or facilities of interstate commerce, to harass or intimidate another person;

   d. Records and information relating to Olson's location at relevant times, and the location and identities of any accomplices;

   e. Evidence of user attribution showing who used or owned the Device, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

   f. Evidence of software that would allow others to control the Device, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

g. Evidence of the lack of such malicious software;

h. Evidence indicating how and when the Device was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the user;

i. Evidence indicating the Device user's state of mind as it relates to the crime under investigation;

j. Evidence of the attachment of or to the Device of or to other storage devices or similar containers for electronic evidence;

k. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the Device;

l. Contextual information necessary to understand the evidence described in this attachment;

m. Records of Internet Protocol addresses used;

n. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

2

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.